# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130508-9 & (65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ENVIRONMENTAL DISPOSAL
SYSTEMS, INC.,
          Plaintiff-Appellee,

v

SC: 130508-9
COA: 256671;256820
Ingham CC: 03-000968-AZ

HAROLD R. FITCH, STEVEN E.
CHESTER, and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
          Defendants-Appellants,

and

SUNOCO PARTNERS MARKETING &
TERMINALS, L.P.,
          Defendant-Appellee,

and

POLICEMEN & FIREMAN RETIREMENT
SYSTEM BOARD OF TRUSTEES,
          Intervening Plaintiff-Amicus
          Curiae.
_____/

      On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

_____
Clerk